UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
NUNEZ RODRIGUEZ,

                                    No. 19 CV 1072-LTS-DCF

                 Plaintiff,

      -against-                      ORDER

VENECA PARKING CORP. et al.,

                 Defendants.
-------------------------------------------------------x

        On August 2, 2019, the Court terminated Plaintiff's motion for default judgment (Docket Entry No. 24) as deficient for failure to separately file the supporting documents. Plaintiff is hereby directed to refile the motion in compliance with the ECF rules and serve the motion on Defendants by **Aug. 14, 2020**.

        SO ORDERED.

Dated: New York, New York
       July 14, 2020

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge