```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NUNEZ RODRIGUEZ,

                     Plaintiff,

    -against-

VENECA PARKING CORP., ET AL.,

                     Defendants.
------------------------------------------------------------X

19-CV-1072 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On August 2, 2019, Plaintiff moved for default judgment against all defendants. (ECF No. 24.) That motion was terminated as deficient for failing to file supporting documents separately. On October 8, 2019, a notice to Plaintiff was entered on the docket to refile the deficient motion. Plaintiff did not do so.

    On July 14, 2020, the Court ordered Plaintiff to refile the motion in compliance with ECF rules and to serve it on Defendants by August 14, 2020. (ECF No. 26.) Plaintiff has not done so.

    Plaintiff is ORDERED to refile the motion in compliance with ECF rules and to serve it on Defendants by December 14, 2020. Plaintiff is further notified that failure to comply with this Order may result in the case being dismissed.

SO ORDERED.

Dated: New York, New York
        November 12, 2020

                                                                _/s/ Kimba M. Wood_
                                                              KIMBA M. WOOD
                                                      United States District Judge